IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE | § | |
| | § | |
| Plaintiff Below, | § | No. 312, 2018 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| BAKR DILLARD, | § | No. 1710003809 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: March 6, 2019
Decided: March 7, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices, constituting the Court *en Banc*.

# **O R D E R**

This 7th day of March 2019, we affirm the judgment of the Superior Court on the basis of its opinion dated March 16, 2018[1] and its order denying the State's motion for reargument dated May 17, 2018.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *State v. Dillard*, 2018 WL 1382394 (Del. Super. Ct. Mar. 16, 2018).
[2] *State v. Dillard*, 2018 WL 2264414 (Del. Super. Ct. May 17, 2018) (ORDER).